```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARLOS ARIAS-BAEZ,

Defendant.

No. 18-cr-00309 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 2, 2021, Mr. Arias-Baez filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking compassionate release in light of COVID-19. No later than 5:00 p.m. on Wednesday, February 9, 2021, the Government shall advise the Court of (1) whether it has any objection to that request and, if so, provide the basis for that objection, and (2) when the Bureau of Prisons expects to make a determination on Mr. Baez's January 18, 2021 internal request for compassionate release.

SO ORDERED.

Dated:   February 3, 2021
         New York, New York

Ronnie Abrams
United States District Judge